UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
John Wiley & Sons, Inc.,

            Plaintiff,

      -v.-                          Civil Action No. 08 Civ. 7834
                                    (GEL) (DCP)
Supap Kirtsaeng d/b/a
BlueChristine99, et al.,            Order

            Defendants.
```

ORDER

Defendant counsel's request for leave to withdraw is denied without prejudice. Permission to withdraw will be conditioned on the following:

    1. Indication in Defendant counsel's affidavit that the request is founded on more than difficulties in communication that stem from "cultural and/or language impediments"; and/or

    2. Indication that the Defendant assents to the withdrawal; and

    3. Availability of replacement counsel whose appearance will not adversely and materially affect the preparation for trial.

                                      _____
                                      Donald C. Pogue, Judge[1]

Dated:   October 5, 2009
           New York, New York

---

[1] Judge Donald C. Pogue of the United States Court of International Trade, sitting by designation.