UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN WILEY & SONS, INC.,

                                                          08 CV 7834

          Plaintiff

          -against-

SUPAP KIRTSAENG D/B/A BLUECHRISTINE99
and JOHN DOE NOS. 1-5,
          Defendants
_____X

## NOTICE OF MOTION *IN LIMINE* PURSUANT TO FED. R. EVID. RULE 403 TO PRECLUDE PAYPAL SALES RECORDS AS EVIDENCE AT TRIAL

      The Defendant hereby moves this Court for an order precluding the introduction and use at trial of PayPal sales records which have been designated as Exhibits 58, 62-65 in the proposed pre-trial order.

Dated: New York, New York
        October 23, 2009                      Sam P. Israel, P.C.

                                      By:_____
                                      Sam P. Israel, Esq. (SPI 0270)
                                      1 Liberty Plaza, 23rd Floor
                                      New York, NY 10003
                                      (212) 201-5345