UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN WILEY & SONS, INC.,

                                                   08 CV 7834

        Plaintiff

    -against-

SUPAP KIRTSAENG D/B/A BLUECHRISTINE99
and JOHN DOE NOS. 1-5,
        Defendants
------------------------------------------------------------------X

## NOTICE OF MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF DEFENDANT'S COUNSEL AT CONTEMPT HEARING

The Defendant hereby moves this Court for an order precluding testimony by Defendant's counsel at the contempt hearing scheduled in this matter for October 28, 2009.

Dated: New York, New York
       October 14, 2009

                                          Sam P. Israel, P.C.

                                          By: _____
                                          Sam P. Israel, Esq. (SPI 0270)
                                          1 Liberty Plaza, 23rd Floor
                                          New York, NY 10003
                                          (212) 201-5345

*[Handwritten notation: "Granted" with signature, dated 10/21/09]*