UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN WILEY & SONS, INC.,

                              08 CV 7834

        Plaintiff

    -against-

SUPAP KIRTSAENG D/B/A BLUECHRISTINE99
and JOHN DOE NOS. 1-5,
        Defendants
------------------------------------------------------------X

## NOTICE OF MOTION *IN LIMINE* TO PRECLUDE
## EVIDENCE OF UNRELATED PROFITS AT TRIAL

The Defendant hereby moves this Court for an order precluding the introduction and use at trial of evidence of profits achieved on unrelated sales activities by the Defendant.

Dated: New York, New York
November 3, 2009

                                        Sam P. Israel, P.C.

                                        By: /s/ *[signature]*

                                        Sam P. Israel, Esq. (SPI 0270)
                                        1 Liberty Plaza, 23rd Floor
                                        New York, NY 10003
                                        (212) 201-5345

*[handwritten annotation: "Granted in part and denied in part. See transcript of Pre-Trial Conference. 11/3/09" with signature]*