UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

-----------------------------------------------------------------X

JOHN WILEY & SONS, INC.,

        Plaintiff

08 CV 7834 (G-E)

-against-

NOTICE OF APPEAL

SUPAP KIRTSAENG D/B/A BLUECHRISTINE99
and JOHN DOE NOS. 1-5,
        Defendants
-----------------------------------------------------------------X

    Notice is hereby given that Defendant Supap Kirtsaeng hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court of the Southern District of New York rendered by jury verdict against defendants in the amount of $600,000.00, a copy of which is appended hereto, as was so-ordered by Honorable Donald C. Pogue, sitting by designation, on November 16, 2009 and entered by the Clerk of the Court on November 17, 2009.

Respectfully submitted:

Sam P. Israel, P.C.

Dated: New York, New York
November 23, 2009

By: _____
Sam P. Israel (SPI 0270)
**Attorney for Defendant**
**Supap Kirtsaeng**
1 Liberty Plaza 23rd Floor
New York, NY 10006
Tel: 212-201-5345
Fax: 212-201-5343